UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD EDWARDS,

            Plaintiff,

     v.

JAGUAR LAND ROVER NORTH
AMERICA, LLC,

          Defendant.

Case No.  25-cv-02741-TLT  (LJC)

**NOTICE OF REFERRAL FOR
DISCOVERY**

TO ALL PARTIES AND COUNSEL OF RECORD:

     This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery.  As to all discovery matters, the parties shall comply with Section F of the undersigned's Standing Order, which is available at https://cand.uscourts.gov/lisa-j-cisneros/.

     Please be advised that discovery disputes must be presented in a joint letter brief that includes, inter alia, an attestation that the parties have met and conferred as required by the Standing Order.

     Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov with any questions.

     **IT IS SO ORDERED.**

Dated: July 2, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge